IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

A'sha Hall,

    Plaintiff,

Case No. 1:21-cv-3440-MLB

v.

We Raise Your Credit Score Inc.,

    Defendant.

_____/

## ORDER

In its Order dated February 17, 2023, the Court directed Plaintiff to present evidence of her alleged $1,000 in damages. (Dkt. 9.) Plaintiff has now filed the requested evidence. So, for the reasons stated in the February 17th order, the Court **GRANTS** Plaintiff's Motion for Default Judgment. (Dkt. 8.) The Court **DIRECTS** the Clerk to enter judgment against Defendant in the amount of $7,537.00 ($1,000 in damages and $6,537.00 in attorney's fees) and close this case.

**SO ORDERED** this 3rd day of March, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE