**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| A'sha Hall,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>We Raise Your Credit Score Inc.,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:21-cv-3440-MLB |

## DEFAULT  JUDGMENT

　　The defendant(s) We Raise Your Credit Score Inc., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Michael L Brown, United States District Judge, by order of March 3, 2023, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

　　ORDERED AND ADJUDGED, that the plaintiff A'sha Hall, recover from the defendant(s) We Raise Your Credit Score Inc., the amount of $7,537.00, plus interest at the legal rate.

　　Dated at Atlanta, Georgia this 3rd day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　  s/D. Burkhalter　　　　　　　
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
March 3, 2023
Kevin P. Weimer
Clerk of Court

By: 　  s/D. Burkhalter　　　　
　　　　　Deputy Clerk